# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TODD WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 15-cv-0662-HE |
| | ) |
| LM GENERAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Todd Ward, by and through his counsel of record, Simone Gosnell Fulmer and Harrison C. Lujan of Fulmer Group PLLC and Glendell D. Nix and Andy J. Campbell of Maples Nix & Diesselhorst, and Defendant LM General Insurance Company, by and through their counsel of record, William W. O'Connor of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Dated this 21st day of October, 2015.

Respectfully submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Keith A. Wilkes, OBA NO. 16750
Margo E. Shipley, OBA No. 32118
Kevin P. Simpson, OBA No. 32120
NEWTON O'CONNOR TURNER & KETCHUM, P.C.
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119-5423
(918) 587-0101 telephone
(918) 587-0102 facsimile
boconnor@newtonoconnor.com
kwilkes@newtonoconnor.com
mshipley@newtonoconnor.com
ksimpson@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT,
LM GENERAL INSURANCE COMPANY**

-AND-

s/Harrison C. Lujan*
Simone Gosnell Fulmer, OBA No. 17037
Harrison C. Lujan, OBA No. 30154
Jacob L. Rowe, OBA No. 21797
FULMER GROUP PLLC
PO BOX 2448
Oklahoma City, OK 73101
(405) 510-0077 telephone
(405) 510-0077 facsimile
sfulmer@fulmergrouplaw.com
hlujan@fulmergrouplaw.com
jrowe@fulmergrouplaw.com

2

Glendell D. Nix
Andy J. Campbell
MAPLES NIX & DIESSELHORST
2908 Via Experanza
Edmond, OK   73013
(405) 478-3737 telephone
(405) 513-8121 facsimile
glendell@mndlawfirm.com
andy@mndlawfirm.com

**ATTORNEYS FOR PLAINTIFF, TODD WARD**

*Signed by filing attorney with permission of Plaintiff's attorney.*